FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0493

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0493

_____

J & L LANDS, LP, a Montana Limited
Partnership,

        Plaintiff and Appellee,

 vs.                                   O R D E R

JERRY W. NEZAT,

        Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2022